**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

KEITH DARRIN MORRISON II,       :    No. 144 MM 2019

         Petitioner           :

                         v.             :

DELAWARE COUNTY COURT OF      :
COMMON PLEAS,                    :

         Respondent        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of January, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.